Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Montana

_____ Division

| | |
|---|---|
| Jerome Ryan Anderson | Case No. **CV-25-35-GF-JTJ** |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Jury Trial: *(check one)* ☐ Yes ☐ No |
| -v- | |
| The General Allstate Insurance Mountain West Farm Bureau Progressive Casualty Insurance Co | **FILED** APR 2 9 2025 |
| *Defendant(s)* | Clerk, U.S. District Court District of Montana Great Falls |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerome Ryan Anderson |
| Street Address | 1006 Ulm Vaughn Road |
| City and County | Great Falls, Cascade County |
| State and Zip Code | Montana, 59404 |
| Telephone Number | 406-799-6850 |
| E-mail Address | tomijo658@yahoo.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name: The General

Job or Title (if known):

Street Address: 2636 Elm Hill Pike, Ste 510

City and County: Nashville, Davidson County

State and Zip Code: TN 37214

Telephone Number: 847-402-5000 844-327-9870

E-mail Address (if known):

Defendant No. 2

Name: Allstate

Job or Title (if known):

Street Address: 3100 Sanders Road

City and County: Northbrook Township, Cook County

State and Zip Code: Illinois 60062

Telephone Number: 847 402 5000

E-mail Address (if known):

Defendant No. 3

Name: Mountain West Farm Bureau

Job or Title (if known):

Street Address: 931 Boulder Drive

City and County: Laramie, Albany County

State and Zip Code: Wyoming 82070

Telephone Number: 866-399-3237

E-mail Address (if known):

Defendant No. 4

Name: Progressive Casualty Insurance Co

Job or Title (if known):

Street Address: 300 North Commons Blvd

City and County: Mayfield Village, Cuyahoga County

State and Zip Code: Ohio 44143

Telephone Number: 888-240-9039

E-mail Address (if known):

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question            ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* Jerome Ryan Anderson , is a citizen of the State of *(name)* Montana .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

   and has its principal place of business in the State of *(name)* _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.  If the defendant is a corporation

The defendant, *(name)* The General , is incorporated under

the laws of the State of *(name)* Tennessee , and has its

principal place of business in the State of *(name)* Tennessee .

Or is incorporated under the laws of *(foreign nation)* ,

and has its principal place of business in *(name)* .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

See attached

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

See attached

B. The Defendants (page 4, continued)

The defendant, Allstate Corporation, is incorporated under the laws of the State of Illinois/Montana, and has its principal place of business in the State of Illinois.

The defendant, Mountain West Farm Bureau, is incorporated under the laws of the State of Wyoming/Montana, and has its principal place of business in the State of Wyoming.

The defendant, Progressive Casualty Insurance Company, is incorporated under the laws of the State of Ohio/Montana, and has its principal place of business in the State of Ohio.

3. Amount in Controversy

Amount Received:

    $5,000 medical pay – Allstate

    $15,000 The General

    $24,000 Allstate

Amount on Policies:

    Allstate: (multiple policies)

        Bodily Injury: $100,000 each person with $300,000 each occurrence

        Uninsured motorist: $100,000 each person with $300,000 each occurrence

        Underinsured motorist: $50,000 each person with $100,000 each occurrence.

    General:

        $15,000

    Progressive:

        Uninsured motorist: $25,000

        Medical Pay: $5,000

    Mountain West Farm Bureau:

        Underinsured motorist: $50,000 each person with $100,000 each occurrence

        Uninsured motorist: $50,000 each person with $100,000 each occurrence

Outstanding Amount:

        In question.

III. Statement of claim:

On April 29, 2017 I, Jerome R. Anderson, was a passenger in a 2003 Cadillac Deville that was involved in an automobile accident. I was the front seat passenger of a vehicle driven by Thomas Columbus, when we were rear-ended on South Virginia Street near Vasser Street in Reno, Nevada, by Kurina Cota. Due to Ms. Cota's failure to decrease the speed of her vehicle to accommodate Mr. Columbus and myself as we were stopped at a red light, the impact caused the front on Mr. Columbus's vehicle to strike the rear of the vehicle ahead of him driven by Ernesto Cunanan. Ms. Cota initially left the accident scene but then returned nearly 30 minutes later to provide her information. Ms. Cota was cited for "fail to use due care or decrease speed" in violation of NRS 484B.603 and subsequently determined to be the at fault driver by Reno Police Officer Nelson. She was not ticketed for leaving the scene of an injury accident.

As a result of the aforementioned accident, I sustained an array of injuries and symptoms inclusive of back pain, right elbow tenderness, neck pain, right shoulder pain, discomfort in both hips when walking, and headaches from hitting his head which included symptoms of lack of clarity and concentration, disorientation, and long distance vision impairment.

I had incurred over $15000 in medical expenses, within the first couple months after the accident, which exceeded Ms. Cota's insurance with The General. This moved into an uninsured/underinsured motorist level of policy with Allstate and Mountain West Farm Bureau. Allstate has short paid with only $24,000 without consideration for caregiving throughout the duration of years.

Clearly, my current damages, future medical treatment and pain and suffering immensely exceed the policy limits maintained by Ms. Cota's insurance. As such, please accept this request as my demand for the policy limits maintained by Thomas Columbus insurance company, Allstate.

In addition, I have, myself, paid for coverage to Progressive and Mountain West Farm Bureau to cover uninsured and underinsured incidents. I am at this point requesting that the limits be tendered from those policies as well.

## IV. Relief

I, Jerome R. Anderson, have incurred medical expenses due to the injuries sustained in the automobile accident on April 29, 2017. I am continuing to this day, incurring medical expenses. I suffer from a traumatic brain injury. I am unable to return to my profession and therefore have not been able to have a gainful employment or support myself since the accident. On 5/19/2021 Lance Stewart, MD, Marias Healthcare, stated that I was deemed disabled, since the date of the accident, due to the injuries received. He made this observation within five visits.

Due to the circumstances beyond my control, I have been unable to continue to secure funding for my retirement, leaving me in a dire and destitute situation for the future.

Allstate has denied payments to vendors, medical and caregiving and has denied requests for payments for treatment. Mainly a request to receive assistance to go to the Mayo Clinic for proper treatment with qualified specialists to alleviate TBI challenges. Lance Stewart MD, has made observations during the appointments, and stated that I, Jerome Anderson, have issues above his pay grade but does not know who to refer me to within the State of Montana for continued treatment. He stated there is only so much medications can do.

At this time I am asking the court to help me get the monies from the insurance companies so that I may continue my treatment outside the State of Montana.

If awarded compensatory damages, it would assist in restoring my well-being, so that I would be able to support myself now and in the future.

If awarded punitive damages, it would help insure others would not have to endure the mental, physical and financial anguish that I have had to since the accident.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    April 28, 2025

Signature of Plaintiff    *Jerome R Anderson*

Printed Name of Plaintiff    Jerome R. Anderson

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____